**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Philip Martin COOPER, Defendant–
Appellant.**

No. 12–6155.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 17, 2012.

Decided: May 25, 2012.

Philip Martin Cooper, Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Martin Cooper appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cooper*, No. 2:99–cr–00138–AWA–1 (E.D.Va. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*